1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8  KENNETH HATLEN,                              )
                                               )
9                    Plaintiff,                )        3:12-CV-00534-LRH-WGC
                                               )
10  vs                                         )
                                               )        **ORDER**
11   GREG COX, MARY MARSH,                     )
    ROSE (fnu), and SGT. SABASKEY,             )
12                                             )
                     Defendants.               )
13  _____ )

14            This is a civil rights action brought *pro se* by Kenneth Hatlen, a Nevada prisoner who has

15  recently been transferred from the Northern Nevada Correctional Center to Ely State Prison.  Before the

16  Court are three documents filed with the Court in the form of Motions for "Immediate Injunction" (ECF

17  No. 9); for "Protection and Legal Assistance," (ECF No. 10) and for "Injunction" (ECF No. 11).  In these

18  various documents, plaintiff alleges that he is being denied brass slips which are required to request

19  postage or other payments from the inmates financial accounts, and this denial prevents him from

20  pursuing this action unless the document can be mailed in a common sized envelope.  Motion (ECF No.

21  9), p. 3. He also asserts that the correctional officers have "shaken down" his cell three times in under

22  thirty days with threats that the cell searches will be repeated.  *Id.*  He alleges that the officers have taken

23  his amended complaints and evidentiary documents supporting the allegations, as well as all of his legal

24  materials and research.  *Id.* at 1.

25            The motions were filed after plaintiff was advised by the Court that the Court did not

26  have jurisdiction to address the motions if they raised claims that are not part of the complaint filed in

the action.  *See* Screening Order (ECF No. 7), p. 8.  *De Beers Consol. Mines v. U.S.,* 325 U.S. 212, 220, 65 S. Ct. 1130 (1945); *Johnson v. Couturier,* 572 F.3d 1067, 1084 (9th Cir. 2009).  Without a complaint which outlines the same claims as raised in the motion for injunction, the Court cannot intercede. Plaintiff is, therefore, encouraged to use the materials he might otherwise use to file motions similar to those he has recently submitted and prepare and mail an amended complaint.  The motions for injunctions must be denied at this time because the Court still has no jurisdiction to hear them.

**IT IS THEREFORE ORDERED** that plaintiff's various Motions for Preliminary Injunction (ECF Nos. 9, 10 and 11) are **DENIED WITHOUT PREJUDICE.**  Plaintiff may renew his motion for a preliminary injunction at the time he files his amended complaint, if such is warranted.

DATED:   November 19, 2012.

_____
UNITED STATES MAGISTRATE JUDGE