UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH HATLEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREG COX, et al.,<br><br>　　　　　Defendants. | Case No. 3:12-cv-00534-MMD-WGC<br><br>ORDER |

　　　Plaintiff sent a copy of the attached letter dated August 6, 2013, to the Court. Plaintiff is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. See Local Rules, Part II, LR 7-6. The Court will not take any action in response to the letter, even though Plaintiff attached a "Motion for Hearing and Objection." The Court notes that Plaintiff filed a Motion for Objection and for Hearing (dkt. no. 83) and Motion for Hearing (dkt. no. 85) and these Motions will be addressed in the Court's normal course of deciding motions.

　　　DATED THIS 13th day of August 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Aug 6, 13.

HATLEY
v                           3:12-cv-00534
COX

Since this Application, Submission of the Attached "Motion for hearing" the Senior Judge Larry Hicks Has been replaced with Judge Miranda Du.

✱ So this "Motion of Hearing" is now to be Directed to Judge Miranda Du.

Thank you
Mr. Hatley

1/4

Aug 5, 2013.

State of Nevada

vs.

Kenneth Hatlen.

## "Motion of Hearing & Objection"

① Since the courts 'Appt' counsel, I've seen the Attorney MacArthur once on June 14, 13. He came with No files, No records, No Documents to review and knew nothing of my case. The initial contact was frivolous and non-effective.

Since I've been writing the attorney 4 times, Never once has he responded. I've attempted to call and continually am "Hung-up" on or recieve an answer machine to date, the few times I've spoken to a secratary I'm told "He wont be avalible, I'll have him contact you" yet Never has.

I sent Documents, originals to Atty MacArthur almost 2 months ago, stateing I needed them returned, for him to make his own copies. Several times by his Secratary Janet I've been told "We will return them". Again it's been almost 2 months and no document at all have been returned. There are...'were' Motions in those Documents that had timelimited to be filed and because of my own Atty obstruction they've become obsolete and my Due-process Denied Deliberately by my own counsel... who refuses contact—

2/A

(3) I am the Defendant, my issues I have to address the courts with are not being allowed to represent me or my best intrests. I have been denied all contact with the courts as well as all my issues to be allowed on record to the courts for my due-process or Constitutional and Civil rights provisions to be considered for Im being obstructed and denied to present them to the courts myself.

As I've stated even the 'Appt' counsel, Atty MacArthur has refused to contact, speak to this client in over 2 months since the ineffective initial contact on June 14, 2013.

This Defendants own views, beliefs, are not be presented or considered in his best intrest or being allowed to be expressed by this court in there denial to allow this Defendant to speak, nor is his 'Court Appt Attorney', Atty MacArthur making any attempt at all to contact his client, in fact He's deliberately obstructing and refusing to return this Defendants legal documents for over 45 days, Hanging up on phone calls, and not one postal communication to date!

3/A

THE courts have been holding hearings, arguments, debates, conversations and numerous decisions without this defendants knowledge or participation in the process .... Only being notified 'After' all has been said and done unconstitutionally to him.

I have contacted the courts numerous times that I am NOT being effectively represented, to the numerous criminal misconduct and due process violations, to the misconduct by the court in their continual hearings and decisions that are being conducted opposite to this defendants position and to the courts obvious, deliberate obstruction, denial to address this defendants complaints yet once to date in over '5' complaints and over 60 days in violation to his rights and due-process to address this court.

Yet again .... on Aug 5, 13 this misconduct transpired absent the defendant and his own Agenda, beliefs, and interests that ARE NOT being expressed by the 'court Appt Attorney', Mr MacArthur. How can they be ... He's yet to provide contact . . . . '

I, 'my' concerns, my defence as I wish to be presented in my right for it to be is NOT being Allowed in this court by deliberate obstruction knowingly.

4/4

## Relief

① I request this 'Defendant', Kenneth Hatlen be given his Constitutional rights, his due-process to address this court, to present his defence that is not being effectively presented by anyone, including the 'court-appt counsel' Atty MacArthur

② Court order the Defence Attorney, MacArthur
  Ⓐ Return the legal Documents the Defendant has sent, provided to him in June 2013.

  Ⓑ Contact in person the Defendant, Kennetth Hatlen.
    * prepared with all documents relevent to this case.

  Ⓒ To accept all communications, telephonic by this Defendant at any, all times during business days/hours (mon-fri 8am-4pm)

*Ken Hatlen* (signature)

Kennetth Hatlen