# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KENNETH HATLEN,                    )        3:12-cv-00534-MMD-WGC
                                  )
                Plaintiff,        )        **<u>MINUTES OF THE COURT</u>**
                                  )
        vs.                       )        October 21, 2013
                                  )
GREG COX, *et al.*,               )
                                  )
                Defendants.       )
_____    )

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Request. (Doc. # 112.) Plaintiff requests "the court to inform plaintiff whenever theyve (sic) 'received' any/all submissions 'from' the plaintiff and as to the 'docket number' assigned.  Plaintiff is advised that the only mechanism whereby he can receive notice of his filings is for Plaintiff to send an original and one copy of each document he submits for filing. The clerk's office will then return a file stamped copy to Plaintiff which shall have the docket number on the document. Although Plaintiff should not expect to receive free copies of the docket sheet herein, in this instance, the Clerk of the Court is directed to send a copy of the docket sheet in this matter to the plaintiff.

Also before the court is Plaintiff's Motion to Request Status. (Doc. # 113.) Plaintiff asks the court to advise him the current balance owed on his $350.00 filing fee in this matter and also requests a print out of all payments made.  Plaintiff is advised that the two payments in the amount of $60.00 each were received on 6/14/13 and on 9/19/13; a third payment of $30.00 was received on 10/17/13. The balance owed on Plaintiff's $350.00 filing fee herein is $200.00.

Plaintiff's motions (Docs. ## 112, 113) are **<u>DENIED.</u>**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
        Deputy Clerk