# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HATLEN, ) | 3:12-cv-00534-MMD-WGC |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | re: Plaintiff's Motion to Compel |
| ) | Doc # 96 |
| GREG COX, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's "Motion to Compel." (Doc. # 109)and Plaintiff has replied (Doc. # 96). Plaintiff's motion is not a typical discovery dispute but rather a generalized complaint against the Office of the Attorney General of the United States and this court for allegedly not protecting his rights or interests. More specifically, Plaintiff seeks this court to enter an order:

> Compelling the Attorney General, the US. Attorney General to accually (sic) 'perform' their job theyve (sic) been Crimmally (sic) Violating themselves . . . "is" directly related to this case and to the complaints this plaintiff has filed and provides the 'correct' entities to resolve the misconducts that have been committed.

Doc. # 96 at 3; emphasis in the original.

The relief Plaintiff seeks, as best as the court can interpret it, is not cognizable in an action brought under 42 U.S.C. § 1983.

Plaintiff's motion to compel (Doc. # 96) is **DENIED.**

**IT IS SO ORDERED.**

DATED: October 31, 2013

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE