# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HATLEN,<br><br>      Plaintiff,<br><br>  vs.<br><br>GREG COX, et al.,<br><br>      Defendants. | 3:12-cv-00534-MMD-WGC<br><br>**ORDER**<br><br>re: Plaintiff's Motion to Discuss & Hearing<br>Safety & Security of Plaintiff<br>Doc # 102 |

Before the court is Plaintiff's "Motion to Discuss & Hearing Safety & Security of Plaintiff." (Doc # 102.) Defendant have opposed (Doc. # 109) and Plaintiff has replied (Doc. # 116).

The court interprets Plaintiff's motion similarly as Defendants have characterized it, i.e., "a forum in which to air [Plaintiff's] numerous complaints and to raise issues not specifically articulated through his motion. (# 102 at 15)." (Doc. # 109 at 2.) The court notes that Plaintiff's allegations which have survived screening are before the court. (Doc. # 44.) The court does not perceive it appropriate to provide Plaintiff a hearing to allow him to voice additional generalized complaints against Defendants and/or the Nevada Department of Corrections. In addition to the allegations in Plaintiff's complaint, the Plaintiff has alleged his security concerns in innumerable motions for temporary restraining orders and preliminary injunctions.

Plaintiff's motion to discuss and hearing (Doc. # 102) is **DENIED.**

**IT IS SO ORDERED.**

DATED: October 31, 2013

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE