# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH HATLEN,

          Plaintiff,

  v.

MARY WALSH,

          Defendants.

3:12-cv-00534-MMD-WGC

**ORDER**

     Plaintiff has filed various motions and other documents discussing the alleged interference with and destruction of his legal files. (*See, e.g.,* Docs. # 194, 203, 227, 228, 235, 237, 238, 240, 242.) To the extent these motions seek injunctive relief, the court has issued a separate report and recommendation addressing each of the motions. This Order, however, addresses only Plaintiff's claim that this alleged conduct is precluding him from responding to Defendants' pending dispositive motion and from proceeding with litigating this action.

     Defendants are directed to file within **TEN DAYS** of the date of this Order a single response to Plaintiff's claim that his legal documents have been taken, destroyed, or otherwise disturbed, such that he does not have access to the grievance documentation or other filings in this action necessary to respond to Defendants' pending dispositive motion and proceed in litigating this action. While Defendants may dispute Plaintiff's claims, the court directs Defendants to include a proposal whereby Plaintiff may access all documentation necessary to respond to Defendants' dispositive motion (including all original grievance documentation and responses, memoranda, and requests associated with grievances, and not simply the NOTIS reports summarizing such documentation) and to continue to litigate this matter.

///

///

Plaintiff may then serve and file a response within **SEVEN** days of the date he receives Defendants' brief. The court will then set this matter for a hearing, if necessary, and will also address the deadline for Plaintiff to file his response to Defendants' dispositive motion and for Defendants to file a reply.

**IT IS SO ORDERED.**

DATED: May 12, 2014

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE