1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KENNETH HATLEN,                          )        3:12-cv-00534-MMD-WGC
                                         )
            Plaintiff,                   )
                                         )        **ORDER**
      vs.                                )
                                         )        **re: Doc. # 362**
GREG COX, et al.,                        )
                                         )
            Defendants.                  )
_____)

Before the court is Plaintiff's "Notice to Courts." (Doc. # 362.)[1]  Plaintiff's "notice" advises the court that on August 25, 2014, he received "a 750 pg document, a suppliment (sic) of summary judgement (sic) from the aty (sic generals office dated August 14, 14." However, he states that "'same day', approx 7:30 pm an officer Marquez 'acting in concert' with the defendants stole that document along with '2' sealed, postaged letters - mail to this court. Stateing (sic): 'your (sic) not going to litigate against us here at HDSP... .'"  (*Id.* at 1.)

The court assumes Plaintiff is referring to Defendants' service of Defendants' supplement to their underlying motion (Doc. # 358), which consists of 763 pages (a 13 page memorandum and 750 pages of exhibits).

The court directs counsel for Defendants, **on or before September 11, 2014,** to submit a declaration from Correctional Officer Marquez regarding Plaintiff's allegations of purported theft of Plaintiff's files. Correctional Officer Marquez or other correctional officers personally familiar with the subject may also address Plaintiff's allegation "the def have take '4' legal boxes containing all the

---

[1] Refers to court's docket number.

1   necessary documents to proceed on cases 3:14-v-00316, 00317, 00318... ." (Doc. # 362 at 3.)

2        Defendants' counsel may also submit one or more declarations addressing Plaintiff's allegations

3   in his notice he is being "cruelly punished, tortured." (*Id*., at 2.)

4        This Order is not to be construed as granting any extension to Plaintiff's deadline of

5   September 25, 2014, to respond to the Defendants' Motion to Dismiss/Motion for Summary Judgment.

6   See, Docs. # 353, 361.

7        The courtroom administrator shall calendar a hearing on these issues as soon as the court's

8   calendar will accommodate it.

9   **IT IS SO ORDERED.**

10  DATED:  September 2, 2014

11   

12                           WILLIAM G. COBB
                             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28