UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH HATLEN,<br><br>                  Plaintiff,<br>    v.<br>GREG COX, et al.,<br><br>                  Defendants. | Case No. 3:12-cv-00534-MMD-WGC<br><br>ORDER |

Plaintiff filed an objection to this Court's Order entered on September 17, 2014 (dkt. no. 374). (Dkt. no. 384.) There is no procedure for Plaintiff to object to the Court's rulings. Plaintiff has reserved his rights for purposes of appeal and may raise his objections in the event of an appeal to the Ninth Circuit Court of Appeals at the conclusion of this case. However, the Court will construe Plaintiff's objection as a request for reconsideration. Plaintiff claims he does not understand the Court's Order and cannot meaningfully object because all of his legal documents in this case have been stolen. Plaintiff's allegation of stolen files is the subject of his objections to the Magistrate Judge's Orders. (Dkt. nos. 373 & 380.) The Court will resolve these objections after briefing has concluded. Thus, to the extent Plaintiff requests reconsideration of the Court's September 17, 2014, Order, Plaintiff's request (dkt. no. 384) is denied. Any further filings relating to the Court's September 17, 2014, Order or this Order will be stricken.

Plaintiff additionally filed an Emergency Motion seeking to stay the case pending a ruling on Plaintiff's access to legal documents. (Dkt. no. 385.) Plaintiff also filed a

supplement to his Emergency Motion. (Dkt. no. 386.) Both the Emergency Motion and the Supplement are identical to an earlier-filed emergency motion and supplement (dkt. nos. 375, 376). On September 23, 2014, the Court granted Plaintiff's earlier emergency motion. (Dkt. no. 379.) In granting the earlier emergency motion, the Court stayed the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment. (Dkt. no. 379.) Plaintiff's Emergency Motion (dkt. no. 385) and Supplement (dkt. no. 386) are therefore denied as moot.

DATED THIS 1st day of October 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2