UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KENNETH HATLEN, | Case No. 3:12-cv-00534-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GREG COX, et al., | (Plaintiff's Motion to Clarify – dkt. no. 389) |
| Defendants. | |

    On September 23, 2014, the Court issued a Minute Order granting an Emergency Motion filed by Plaintiff Kenneth Hatlen. (Dkt. no. 379.) The Minute Order stayed the deadline for Plaintiff's response to a Motion for Summary Judgment that Defendants filed in July 2014 (dkt. no. 177). As stated in the September 23, 2014, Minute Order, Plaintiff's response to the Motion for Summary Judgment is stayed until the Court decides Plaintiff's objections to the Magistrate Judge's rulings made at a hearing on September 12, 2014. (Dkt. nos. 370, 371.) Plaintiff filed an identical Emergency Motion on September 29, 2014. (Dkt. nos. 385, 386.) Because the Court had granted Plaintiff's earlier Emergency Motion, the Court denied his September 29, 2014, Emergency Motion as moot. (Dkt. no. 387.) The Court issued this denial on October 1, 2014. (*Id.*)

    In his Request to Clarify (dkt. no. 389), Plaintiff seeks clarification regarding the Court's October 1, 2014, Order denying as moot his latest Emergency Motion. Plaintiff notes that he was unaware that the Court had granted his earlier Emergency Motion, and asks that he be provided with the relevant Order. Accordingly, the Court construes Plaintiff's Motion to Clarify (dkt. no. 389) as a request for a copy of the Court's

September 23, 2014, Minute Order (dkt. no. 379). Good cause appearing, the Court grants Plaintiff's motion as construed.

It is therefore ordered that Plaintiff's Motion to Clarify (dkt. no. 389) is granted.

The Clerk is directed to send Plaintiff a copy of the Minute Order issued on September 23, 2014 (dkt. no. 379).

DATED THIS 14th day of October 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE