UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HATLEN, ) | 3:12-cv-00534-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | June 18, 2015 |
| ) | |
| GREG COX, *et al.*, ) | |
| ) | |
| Defendants. ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

In view of the court's June 4, 2015 Notice of Docket Correction to Doc. # 476,[1] Plaintiff's Motion to Court (Doc. # 477) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>     /s/                         </u>
Deputy Clerk

---

[1] Doc. # 476 was a minute order scheduling a settlement conference in an unrelated case (with an entirely different case name and number), which was inadvertently filed in Mr. Hatlen's case on June 3, 2015.  The minute order has been stricken from the record.