## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH HATLEN, | ) | 3:12-cv-00534-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 26, 2015 |
| | ) | |
| GREG COX, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion to the Court. (Doc. # 479.)  This is a duplicate of Plaintiff's motion to the court filed on June 18, 2015 (Doc. # 477) with the exception that it attaches an Order (Doc. # 476) which was inadvertently filed in Plaintiff's action. In view of the court's Docket Correction to Doc. # 476,[1]  and the court's order denying Plaintiff's initial motion (Doc. # 478), Plaintiff's Motion to Court (Doc. # 479) is **DENIED AS MOOT.**

     **IT IS SO ORDERED.**

                                                   LANCE S. WILSON, CLERK

                                           By:    /s/
                                                  Deputy Clerk

---

[1] Doc. # 476 has been stricken from the record.