UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH HATLEN,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>GREG COX, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:12-cv-00534-MMD-WGC<br><br>ORDER |

The Court has set a hearing on Defendants' Motion for Summary Judgment (dkt. no. 411). (Dkt. no. 488.) Defendants argue that Plaintiff failed to exhaust his administrative remedies before initiating this action. In light of the number of counts in the operative complaint and the number of grievances at issue, the Court has prepared the attached chart to track the grievances. The Court has questions about the status of the grievances identified in the attached chart as of the date this action was initiated. The parties should be prepared to address these questions.

DATED THIS 18th day of September 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

| Count Number | Constitutional Allegation | Against which Defendants | Applicable Grievance Number | Resolution of Grievance? |
|---|---|---|---|---|
| 1 | 8th Amendment conditions of confinement | Rose, Cox, Walsh | 2006-29-41840 | Rejected at the informal level |
|   |   |   | 2006-29-41995 | Rejected at the informal level |
| 2 | 8th Amendment failure to protect | Neubuar, John Doe 1 | 2006-29-41833 | Rejected at the informal level |
|   | 8th Amendment medical claims | Dr. Mar, Ortiz, Foster, Walsh, Cox | 2006-29-45887 | Rejected at the informal level |
|   | Plaintiff claims that grievance is associated with Count 2 |   | 2006-26-41865 | Rejected at the informal level |
| 3 | 8th Amendment failure to protect | Rickman, Kirkpatrick, Tice, Afeaki, John Doe 2, Cox, Inspector General, Foster, Ortiz, Walsh, Dr. Mar | 2006-29-42179 | Rejected at the informal level |
|   |   |   | 2006-29-43868 | Rejected at the informal level |
|   | 8th Amendment medical claims |   | 2006-29-46457 | Exhausted up to level 2 after suit was filed |
|   |   |   | 2006-29-44277 | Rejected at the informal level |
|   | Plaintiff claims that grievances are associated with Count 3 |   | 2006-29-44022 | Rejected at the informal level |
|   |   |   | 2006-29-44600 | Rejected at the informal level |
|   |   |   | 2006-29-44333 | Rejected at the informal level |
|   |   |   | 2006-29-44331 | Rejected at the informal level |
| 4 | 1st Amendment retaliation | Walsh, Clark, Moody, Kirkpatrick, Moyle | 2006-29-53270 | Rejected at the informal level |
|   | 8th Amendment excessive force | Clark, Moody |   |   |
|   | 8th Amendment medical claims | Walsh, Clark, Moody, Kirkpatrick, Moyle, Cox, Inspector General, Foster, Ortiz |   |   |

| Count Number | Constitutional Allegation | Against which Defendants | Applicable Grievance Number | Resolution of Grievance? |
|---|---|---|---|---|
| 5 | 1st Amendment retaliation | Moyle, Hannah, Keith, Mears, Iractabal | 2006-29-45925 | Rejected at the informal level |
| | | | 2006-26-45899 | Rejected at the informal level |
| | | | 2006-29-48311 | Rejected at the informal level |
| | 14th Amendment due process claims | Moyle, Hannah, Keith, Mears, Iractabal, Rexwinkle, Abeloe, Henley, Cox, Inspector General, Foster, Ortiz | 2006-29-45895 | Answered at the informal level |
| 6 | 8th Amendment medical claims and failure to protect | Cardella, Moore, Rose, Helen (Hubbard?), Walsh, Palmer, Keith, Ortiz, Cox, Foster | 2006-29-43669 | Rejected at the informal level |
| | | | 2006-29-43872 | Rejected at the informal level |
| 7 | 8th Amendment failure to protect | Iractabal, Moyle, Keith, Hannah, Hughes, Mears, | 2006-29-48311 | Rejected at the informal level |
| | | | 2006-29-45895 | Rejected at the informal level |
| 8 | 8th Amendment medical claims | John Doe 6, John Doe 7, John Doe 8, Jane Doe 9, Holmes, King (Dr. Koehn), Baker, Watson, Byrne | 2006-29-51859 | Record only shows denial of level 1 (Plaintiff disputes) |
| | | | 2006-29-54302 | Exhausted up to level 2 |
| | | | 2006-29-54311 | Exhausted up to level 2 |
| 9 | 8th Amendment medical claims | Radford, Caldwell, King (Dr. Koehn), Baker, Watson, Byrne, Cox, Foster, Inspector General, Bannister | | |
| 10 | 8th Amendment medical claims | Parr, Sandoval, Cox, Foster, Inspector General, Baker, Watson, Byrne | | |
| 13 | 8th Amendment medical claims | Brown | 2006-29-54542 | Exhausted up to level 2 |

| Count Number | Constitutional Allegation | Against which Defendants | Applicable Grievance Number | Resolution of Grievance? |
|---|---|---|---|---|
| 15 | 1st Amendment claim (about mail) | Brown | 2006-29-48187 | Record only shows denial of level 1 |
| | | | 2006-29-47660 | Rejected at the informal level |
| | | | 2006-29-47659 | Rejected at the informal level |
| | | | 2006-29-47567 | Exhausted up to level 2 |
| 16 | 1st Amendment claim (about religious practice) | Byrne, Cox, Foster, Inspector General, Baker, Watson, Sandoval | 2006-29-53198 | Exhausted up to level 2 |
| | | | 2006-29-46456 | Rejected at the informal level |
| | | | 2006-29-46633 | Exhausted up to level 2 |
| | | | 2006-29-53370 | Rejected at the informal level |
| | | | 2006-29-53280 | Rejected at the informal level |
| 18 | 8th Amendment conditions of confinement | Byrne, Baker, Watson, Sandoval, Cox, Foster, Inspector General | 2006-29-45845 | Exhausted up to level 2 after suit was filed |
| | | | 2006-29-51393 | Exhausted up to level 2 |
| | | | 2006-29-46466 | Exhausted up to level 2 |
| 19 | 8th Amendment conditions of confinement | Silverstein, Howard, Nakashima, Lawrence, | 2006-29-52242 | Rejected at the informal level |
| | | | 2006-29-51627 | Exhausted up to level 2 |
| | 1st Amendment retaliation | Parr, Mitchell, Russell (Donnelly) | | |
| 21 | 8th Amendment medical claims | Parr, Mitchell, Russell (Donnelly), King (Dr. Koehn), Jackson, Bryant, Kale, Jane Doe 13, Jane Doe 14, Baker, Watson, Byrne, Bannister, Cox, Foster, Inspector General | | |
| 22 | 8th Amendment medical claims | Montoya, Thompson | | |