UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KENNETH HATLEN, | Case No. 3:12-cv-00534-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GREG COX, et al., | |
| Defendants. | |

Plaintiff filed two objections to the Court's Orders. (Dkt. nos. 533, 535.) The Court construes Plaintiff's objections as requests for reconsideration. Plaintiff's objections reiterate his contention that he does not understand the documents and he requests intervention by the Chief Judge, among other allegations. Plaintiff has demonstrated that he understands these proceedings and the Court's rulings. He just refuses to accept them. Plaintiff offers no valid reason for the Court to reconsider. Accordingly, Plaintiff's objections (dkt. no. 533, 535) are overruled. Any further objections or requests for reconsiderations will be summarily denied.

DATED THIS 10th day of February 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE